NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

1  R. BRIAN DIXON, Bar No. 076247
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, California  94108.2693
   Telephone:  415.433.1940
4  Facsimile:   415.399.8490
   E-mail: bdixon@littler.com
5
   DOUGLAS A. WICKHAM, Bar No. 127268
6  LAUREN T. HOWARD, Bar No. 227984
   LITTLER MENDELSON
7  A Professional Corporation
   2049 Century Park East, Fifth Floor
8  Los Angeles, California  90067.3107
   Telephone:  310.553.0308
9  Facsimile:   310.553.5583
   E-mail: dwickham@littler.com
10
   Attorneys for Defendant JPMORGAN CHASE
11 BANK, N.A., as acquirer of certain assets and
   liabilities of Washington Mutual Bank from the
12 Federal Deposit Insurance Corporation acting as
   receiver (Washington Mutual Bank formerly known
13 as Washington Mutual Bank, F.A.)

14 Additional counsel of record listed on the following page

15
16                    UNITED STATES DISTRICT COURT
17                    CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  BRIAN MINKOW, an individual;<br>CHRIS O'BRIEN, an individual; and<br>19  JUDY HOFFMAN-BARRON, an<br>    individual,<br>20<br>             Plaintiffs,<br>21<br>      v.<br>22  WASHINGTON MUTUAL BANK, a<br>    Washington Corporation;<br>23  WASHINGTON MUTUAL BANK,<br>    F.A., a Washington Corporation; and<br>24  DOES 1 through 100, inclusive,<br>25<br>             Defendants. | Case No. CV 08-05960 R (RCx)<br><br>ASSIGNED FOR ALL PURPOSES TO THE HON. MANUEL L. REAL<br><br>**ORDER RE: STIPULATION RE: PROTECTIVE ORDER**<br><br>Complaint Filed:  July 31, 2008 (Los Angeles Superior Court) |

26
27
28

1  DENISE M. VISCONTI, Bar No. 214168
   LITTLER MENDELSON
2  A Professional Corporation
   501 W. Broadway, Suite 900
3  San Diego , California 92101-3577
   Telephone: 619-232-0441
4  Fax: 619-232-4302
   E-mail: dvisconti@littler.com
5
   Attorneys for Defendant JPMORGAN CHASE BANK, N.A., as acquirer of certain
6  assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance
   Corporation acting as receiver (Washington Mutual Bank formerly known as
7  Washington Mutual Bank, F.A.)

8  LEE A. MILLER, Bar No. 159021
   MITCHELL F. KAUFMAN, Bar No. 157504
9  LEE FINEMAN, Bar No. 44474
   KAUFMAN KAUFMAN & MILLER LLP
10 16633 Ventura Boulevard, Suite 500
   Encino, CA 91436
11 Telephone: 818-788-5767
   Fax: 818-788-2992
12 E-mail: lmiller@kaufmanmiller.com

13 Attorneys for Plaintiff's BRIAN MINKOW, CHRIS O'BRIEN AND JUDY
   HOFFMAN-BARRON
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GOOD CAUSE APPEARING THEREFOR, it is HEREBY ORDERED THAT:

1. The Parties Stipulation Re Protective Order, attached hereto as Exhibit is hereby entered in its entirety as the order of this Court.

2. The Protective Order shall not apply to any document disclosing a violation of law or order of a court of competent jurisdiction.

Dated: February 9, 2009

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2.