| | |
|---|---|
| 1 | R. BRIAN DIXON, Bar No. 076247 |
| 2 | LITTLER MENDELSON<br>A Professional Corporation |
| 3 | 650 California Street, 20th Floor   JS-6<br>San Francisco, CA  94108.2693 |
| 4 | Telephone:  415.433.1940<br>Facsimile:   415.399.8490 |
| 5 | E-mail: bdixon@littler.com |
| 6 | DOUGLAS A. WICKHAM, Bar No. 127268<br>LAUREN T. HOWARD, Bar No. 227984 |
| 7 | LITTLER MENDELSON<br>A Professional Corporation |
| 8 | 2049 Century Park East, Fifth Floor<br>Los Angeles, California  90067.3107 |
| 9 | Telephone:  310.553.0308<br>Facsimile:   310.553.5583 |
|10 | E-mail: dwickham@littler.com; lhoward@littler.com |

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver (Washington Mutual Bank formerly known as Washington Mutual Bank, F.A.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MINKOW, an individual; CHRIS O'BRIEN, an individual; and JUDY HOFFMAN-BARRON, an individual, | Case No.  CV08-05960 R (RCx)<br><br>**JUDGMENT** |
| Plaintiffs, | |
| v. | |
| WASHINGTON MUTUAL BANK, a Washington Corporation; WASHINGTON MUTUAL BANK, F.A., a Washington Corporation; and Does 1 through 100, inclusive, | |
| Defendants. | |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MINKOW, an individual; CHRIS O'BRIEN, an individual; and JUDY HOFFMAN-BARRON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, a Washington Corporation; WASHINGTON MUTUAL BANK, F.A., a Washington Corporation; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.  CV08-05960 R (RCx)<br><br>**JUDGMENT** |

This action came on for hearing before the Court on July 27, 2009, the Honorable Manuel L. Real, United States District Judge presiding on Defendant JPMorgan Chase Bank, N.A.'s (as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver) ("Defendant") Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

///

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs Brian Minkow, Chris O'Brien and Judy Hoffman-Barron take nothing, that this action be dismissed with prejudice on the merits and that Defendant recover its costs.

Dated: August 6, 2009

_____
HONORABLE MANUEL L. REAL
U.S. DISTRICT COURT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1.